STRADLING YOCCA CARLSON & RAUTH, P.C.
John F. Cannon (SBN 149263)
Aaron Humes (SBN 272141)
90 New Montgomery Street, Suite 1015
San Francisco, CA 94105
Telephone: (415) 321-6026
Facsimile: (415) 283-1446
jcannon@sycr.com
ahumes@sycr.com

[Additional counsel on signature page]

*Attorneys for Defendants Clovis Oncology, Inc., Patrick J. Mahaffy, and Erle T. Mast*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN MORAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CLOVIS ONCOLOGY, INC., PATRICK J. MAHAFFY, and ERLE T. MAST,<br><br>Defendants. | Case No.  3:15-cv-05323-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, RESET RELATED DEADLINES, AND EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br>**AS MODIFIED BY THE COURT** |

WHEREAS, on November 20, 2015, Plaintiff John Moran ("Plaintiff") filed a putative class action complaint ("Complaint") in the above-captioned action against defendants Clovis Oncology, Inc., Patrick J. Mahaffy, and Erle T. Mast (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a), and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5.

WHEREAS, on December 4, 2015, Plaintiff sent service waivers to Defendants.

WHEREAS, this action is subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* 15 U.S.C. § 78u-4(a)(1).  Under the PSLRA, the Court will appoint a lead plaintiff and lead counsel for the plaintiffs.  15 U.S.C. § 78u-4(a)(3)(B).  After the lead plaintiff has been

appointed, he or she will serve a consolidated amended complaint or designate a pending complaint as the operative complaint.

WHEREAS, the following related actions also arising under the Exchange Act and the PSLRA have been filed in the United States District Court for the District of Colorado alleging similar claims and facts against some or all of the same Defendants:

1. *Medina v. Clovis Oncology, Inc., et al.*, Case No. 1:15-cv-2546 (D. Colo.; Filed November 19, 1015);

2. *Kimbro v. Clovis Oncology, Inc., et al.*, Case No. 1:15-cv-2547 (D. Colo.; Filed November 19, 2015); and

3. *Rocco v. Clovis Oncology, Inc., et al.*, Case No. 1:15-cv-2697 (D. Colo.; Filed December 14, 2015).

WHEREAS, the parties anticipate filing a motion or stipulation to consolidate this action and the three related actions referenced above, as well as any other subsequently-filed related action, into a single action either before this Court or the United States District Court for the District of Colorado.

WHEREAS, the parties agree that, in the interest of efficiency and the conservation of resources, Defendants' deadline to file a responsive pleading to the Complaint should be extended until after the appointment of a lead plaintiff and lead counsel.

WHEREAS, the parties believe that, in order to avoid the needless waste of the Court's and the parties' resources, it would be prudent to defer the initial case management conference and related deadlines (including ADR deadlines) until after the appointment of lead plaintiff and lead counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants Clovis Oncology, Inc., Patrick J. Mahaffy, and Erle T. Mast accept service in this action.

2. Defendants' deadline to file a responsive pleading to the Complaint is vacated and further, that, within 10 days following appointment of a lead plaintiff and lead counsel, the parties will confer and submit a proposed scheduling order to the Court which includes deadlines for (1)

1  lead plaintiff to serve a consolidated complaint, and (2) Defendants to file any responsive pleadings.

2      3.    The case management conference presently scheduled for February 18, 2016, along
3  with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including
4  ADR deadlines), is <u>hereby continued to May 12, 2016 at 10:00 a.m.</u>

5      4.    This stipulation is entered into without prejudice to any party seeking any interim
6  relief.

7      5.    No party is waiving any rights, claims, or defenses of any kind except as expressly
8  stated herein, and the parties reserve the right to seek further extensions of time as circumstances
9  may warrant.

10     6.    The parties have not sought any other extensions of time in this action.

11     7.    The parties do not seek to reset these dates for the purpose of delay.

12 DATED: January 5, 2016

| THE ROSEN LAW FIRM, P.A. | STRADLING YOCCA CARLSON & RAUTH, P.C. |
|---|---|
| /s/ Laurence M. Rosen<br>Laurence M. Rosen (SBN 219683)<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>lrosen@rosenlegal.com<br><br>*Attorney for Plaintiff John Moran* | /s/ Aaron C. Humes<br>John F. Cannon (SBN 149263)<br>Aaron Humes (SBN 272141)<br>90 New Montgomery Street, Suite 1015<br>San Francisco, CA 94105<br>Telephone: (415) 321-6026<br>Facsimile: (415) 283-1446<br>jcannon@sycr.com<br>ahumes@sycr.com<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>Tariq Mundiya (to be admitted *Pro Hac Vice*)<br>Todd G. Cosenza (to be admitted *Pro Hac Vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone:  (212) 728-8000<br>tmundiya@willkie.com<br>tcosenza@willkie.com<br><br>*Attorneys for Defendants Clovis Oncology, Inc., Patrick J. Mahaffy, and Erle T. Mast* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing

STIPULATION AND [~~PROPOSED~~] ORDER
Case No.  3:15-cv-05323-RS

1  Stipulation and [Proposed] Order to Continue the Initial Case Management Conference, Reset
2  Related Deadlines, and Extend Defendants' Time to Respond to the Complaint.  In compliance with
3  Civil Local Rule 5.1, I hereby attest that the other signatory has concurred in this filing.

DATED:  January 5, 2016                    STRADLING YOCCA CARLSON &
                                           RAUTH, P.C.

                                           By: /s/ Aaron C. Humes
                                                   Aaron C. Humes

1                              *    *    *

2                          **[PROPOSED] O R D E R**

3    Pursuant to stipulation, IT IS SO ORDERED.

4

5                                              _____

6                                              The Honorable Richard Seeborg
                                             United States District Judge

7 DATED: January 7, 2016

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28