UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CLOVIS ONCOLOGY, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-05323-RS<br><br>**ORDER GRANTING MOTION TO TRANSFER** |

Pursuant to Civil Local Rule 7-1(b), the motion to transfer this action to the District of Colorado is suitable for disposition without oral argument and the hearing set for March 10, 2016 is vacated. The record reflects that all parties now either affirmatively support, or do not oppose, transfer, and that transfer is proper under the "first-to-file" rule as well as under 28 U.S.C. § 1404(a). Accordingly, the motion is granted, and this action shall be transferred to the District of Colorado, Denver Division.

**IT IS SO ORDERED**.

Dated: February 17, 2016

_____
RICHARD SEEBORG
United States District Judge